KEVIN O'ROURKE
SOUTHWELL & O'ROURKE, P.S.
Attorneys at Law
4407 N. Division St., Suite 618
Spokane, WA 99207
(509) 624-0159

UNITED STATES BANKRUPTCY COURT

IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>**REBECCA LYNN HATFIELD,**<br><br>Debtor. | Case No. **23-00010-WLH7**<br><br>Chapter **7** |
| **KEVIN D. O'ROURKE, Chapter 7 Trustee,**<br><br>Plaintiff,<br><br>v.<br><br>**REBECCA HATFIELD**<br><br>Defendant. | Adv. Pro. No. **26-80005-WLH**<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF ORDER OF DEFAULT AND JUDGMENT** |

I, KEVIN D. O'ROURKE, declare as follows:

1. I am an attorney with Southwell & O'Rourke, P.S., counsel for the above-captioned Plaintiff, and have personal knowledge of the matters attested to herein.

2. As set forth in the Certificate of Service filed on February 27, 2026 [*Docket No.* 5], Defendant Rebecca Hatfield was served in accordance with FRBP 7004 and FRCP 4 and 5, via first class U.S. mail, postage prepaid.

3. On March 31, 2026, Plaintiff filed the Notice of Default [*ECF No. 10*] and Certificate of Service [*ECF No. 11*] indicating that Defendant Rebecca Hatfield was

served with the Notice of Default in accordance LBR 7055-1, via first class U.S. mail, postage prepaid.

4. The time to appear or otherwise defend has since expired and Defendant has failed to appear, answer, or defend Plaintiff's Complaint.

5. Defendant is not an infant, incompetent, nor is Defendant protected by the Soldiers and Sailors Relief Act to the best of my knowledge.

6. In my capacity as Trustee and Plaintiff, I hereby incorporate the facts set forth in the Complaint to: (1) Revoke Defendant's Discharge; (2) Obtain a Declaratory Judgment; and (3) Enter Judgment Against Defendant filed on February 26, 2026 [*ECF No. 1*], as if fully set forth herein, reasonably believe that such facts are true and correct to the best of my knowledge, and believe that entry of an order of default and judgment against Defendant is proper in this proceeding.

7. In my capacity as Trustee and Plaintiff, I respectfully request the court to enter an order of default and judgment against Defendant.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

DATED this 21st day of April, 2026.

/s/ Kevin D. O'Rourke
KEVIN D. O'ROURKE
Chapter 7 Trustee/Plaintiff



**SOUTHWELL & O'ROURKE, P.S.**
A PROFESSIONAL SERVICE CORPORATION
**ATTORNEYS AT LAW**
4407 N. DIVISION ST., SUITE 618
SPOKANE, WA. 99207
TELEPHONE (509) 624-0159